Margaret A. McLetchie
CA Bar No.: 223240
**McLetchie Law**
500 North State College Blvd
Suite 1100 PMB 326
Orange, CA 92686
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Attorney for Plaintiff, Robert Oseguera*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT OSEGUERA, an individual, | **Case. No.:** 2:23-CV-02866-TLN-CKD |
| Plaintiff, | |
| vs. | **STIPULATED MOTION AND ORDER TO EXTEND FACT DISCOVERY DEADLINE AND MODIFY EXPERT DISCOVERY DISCLOSURE DATES; ORDER** |
| SAN JOAQUIN COUNTY, a municipal corporation; DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiff ROBERT OSEGUERA ("Plaintiff") and Defendants, San Joaquin County, and Does 1-10, by and through their respective counsel (collectively the "Parties"), hereby stipulate to an extension of the deadline for fact discovery and the modification of deadlines for expert discovery as follows.

WHEREAS, the Court's December 8, 2023, Scheduling Order (ECF No. 3) provides deadlines of October 28, 2024, for non-expert discovery, December 27, 2024 for initial expert disclosures, January 27, 2025 for rebuttal expert disclosures, February 25, 2025, for trial readiness, and April 28, 2025, for dispositive motions.

WHEREAS, counsel for Plaintiff have suffered several unexpected family emergencies and staffing changes since the last time deadlines were extended in this matter. First, Pieter O'Leary left McLetchie law effective May 3, 2024, causing Ms. McLetchie and to devote additional time to matters on which he was lead counsel. Second, Ms. McLetchie's

husband and another attorney at McLetchie Law, Leo S. Wolpert[1] was required to be out of jurisdiction to care for his father—who was suffering from ALS—in Tucson, Arizona. Mr. Wolpert's father passed away on May 17, 2024, requiring Mr. Wolpert to remain in Arizona to assist his widowed mother with the funeral and winding up his father's affairs in May and June. Third, Ms. McLetchie was assisting her mother with treatment for Stage IV cancer. Ms. McLetchie's mother passed away on July 28, 2024, impacting her ability to work and requiring Ms. McLetchie to assist with funeral arrangements and attending to her late mother's affairs and estate.

WHEREAS, considering the foregoing, the above deadlines may not provide the parties sufficient time to bring any disputes to the Court for resolution related to either depositions or written discovery prior to the discovery cutoff dates.

## STIPULATION

THEREFORE, it is hereby stipulated and agreed by the parties, as follows:

1. The deadline for non-expert discovery shall be extended sixty (60) days to December 27, 2024.

2. The deadline for initial expert discovery shall be extended sixty (60) days to February 25, 2025.

3. The deadline for rebuttal expert discovery shall be extended sixty (60) days to March 28, 2025.

4. The deadline for trial readiness if dispositive motions are not filed shall be extended sixty-two (62) days to April 28, 2025.[2]

5. The deadline for dispositive motions shall be extended sixty (60) days to June 27, 2025.

**IT IS SO STIPULATED.**

---

[1] Mr. Wolpert is not admitted in this Court and is not practicing law in this jurisdiction. However, he assists Ms. McLetchie and the overall limitation on resources has impacted Ms. McLetchie's ability to dedicate resources to this case.
[2] 60 days from February 25, 2025, is Saturday, April 26, 2025.

DATED this 9th  day of August, 2024

**MCLETCHIE LAW**


By: /s/ *Margaret A. McLetchie*
    MARGARET A. MCLETCHIE,
    CA Bar No.: 223240
    McLetchie Law
    500 North State College Blvd
    Suite 1100 PMB 326
    Orange, CA 92686
    Telephone: (702) 728-5300
    Fax: (702) 425-8220
    Email: efile@nvlitigation.com

DATED this 9th day of August, 2024

**PORTER SCOTT**


By: /s/ *Carl L. Fessenden*
    Carl L. Fessenden,
    California Bar No. 161494
    **PORTER SCOTT**
    2180 Harvard Street, Suite 500
    Sacramento, California 95815
    Telephone: (916) 929-1481
    Fax: (916) 927-3706
    Email: cfessenden@porterscott.com

## **ORDER**

This Court has reviewed and considered the above stipulation among the parties. Based on the representations and the declaration submitted therewith, and for good cause shown, it is hereby ORDERED that the Scheduling Order (ECF No. 3) is modified as follows:

1. The deadline for non-expert discovery shall be extended sixty (60) days to December 27, 2024.

2. The deadline for initial expert discovery shall be extended sixty (60) days to February 25, 2025.

3. The deadline for rebuttal expert discovery shall be extended sixty (60) days to March 28, 2025.

4. The deadline for trial readiness if dispositive motions are not filed shall be extended sixty-two (62) days to April 28, 2025.

5. The deadline for dispositive motions shall be extended sixty (60) days to June 27, 2025.

**IT IS SO ORDERED.**

DATED: August 12, 2024

Troy L. Nunley
United States District Judge