Margaret A. McLetchie
CA Bar No.: 223240
**McLetchie Law**
500 North State College Blvd
Suite 1100 PMB 326
Orange, CA 92686
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Attorney for Plaintiff, Robert Oseguera*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

ROBERT OSEGUERA, an individual,

          Plaintiff,

    vs.

SAN JOAQUIN COUNTY, a municipal
corporation; DOES 1-10, inclusive,

          Defendants.

**Case. No.:** 2:23-CV-02866-TLN-CKD

**[CORRECTED][1] STIPULATED MOTION AND ORDER TO EXTEND FACT DISCOVERY DEADLINE AND MODIFY EXPERT DISCOVERY DISCLOSURE DATES (SECOND REQUEST); ORDER**

Plaintiff ROBERT OSEGUERA ("Plaintiff") and Defendants, San Joaquin County, and Does 1-10, by and through their respective counsel (collectively the "Parties"), hereby stipulate to an extension of the deadline for fact discovery and the modification of deadlines for expert discovery as follows.

WHEREAS, the Court's August 13, 2024, Scheduling Order (ECF No. 9) provides deadlines of December 27, 2024, for non-expert discovery, February 25, 2025, for initial expert disclosures, March 28, 2025 for rebuttal expert disclosures, April 28, 2025, for trial readiness, and June 27, 2025, for dispositive motions.

WHEREAS, counsel for Plaintiff has continued to work through the backlog of work created by the unexpected family emergencies and staffing changes noted in the previous order extending the discovery deadlines in this matter. (ECF No. 9.) Since those events, further unexpected personal and professional matters have arisen, requiring Ms.

---

[1] The undersigned inadvertently submitted this motion on November 27, 2024, with the fact discovery cutoff date unchanged.

McLetchie to devote her time and attention to those. McLetchie Law has added new staff to assist with these matters.

WHEREAS, considering the foregoing, the above deadlines may not provide the parties sufficient time to bring any disputes to the Court for resolution related to either depositions or written discovery prior to the discovery cutoff dates.

## STIPULATION

THEREFORE, it is hereby stipulated and agreed by the parties, as follows:

1. The deadline for non-expert discovery shall be extended sixty (60) days to February 25, 2025.

2. The deadline for initial expert discovery shall be extended sixty-two (62) days to April 28, 2025.[2]

3. The deadline for rebuttal expert discovery shall be extended sixty (60) days to May 27, 2025.

4. The deadline for trial readiness if dispositive motions are not filed shall be extended sixty (60) days to June 27, 2025.

5. The deadline for dispositive motions shall be extended sixty (60) days to August 26, 2025.

**IT IS SO STIPULATED.**

---

[2] 60 days from February 25, 2025 is Saturday, April 26, 2025.

2

1     DATED this 27th day of November, 2024     DATED this 27th day of November, 2024

2     **MCLETCHIE LAW**                          **PORTER SCOTT**

3

4     By: */s/ Margaret A. McLetchie*          By: */s/ Cruz Rocha*

5          MARGARET A. MCLETCHIE,       Carl L. Fessenden,
         California Bar No. 223240            California Bar No. 161494

6          **MCLETCHIE LAW**               cfessenden@porterscott.com
         602 South 10th Street              Cruz Rocha

7          Las Vegas, NV 89101                California Bar No. 279293
         Telephone: (702) 728-5300        crocha@porterscott.com

8          Fax: (702) 425-8220                 **PORTER SCOTT**
         Email: efile@nvlitigation.com        2180 Harvard Street, Suite 500

9                                              Sacramento, California 95815

10                                          Telephone: (916) 929-1481
                                         Fax: (916) 927-3706

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

This Court has reviewed and considered the above stipulation among the parties. Based on the representations and the declaration submitted therewith, and for good cause shown, it is hereby ORDERED that the Scheduling Order (ECF No. 3) is modified as follows:

1. The deadline for non-expert discovery shall be extended sixty (60) days to February 25, 2025.

2. The deadline for initial expert discovery shall be extended sixty-two (62) days to April 28, 2025.

3. The deadline for rebuttal expert discovery shall be extended sixty (60) days to May 27, 2025.

4. The deadline for trial readiness if dispositive motions are not filed shall be extended sixty (60) days to June 27, 2025.

5. The deadline for dispositive motions shall be extended sixty (60) days to August 26, 2025.

### IT IS SO ORDERED.

DATED: December 2, 2024

_____
Troy L. Nunley
Chief United States District Judge

4