**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Cruz Rocha, SBN 279293
crocha@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
SAN JOAQUIN COUNTY
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT OSEGUERA, an individual, | CASE NO. 2:23-CV-02866-TLN-CKD |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |
| v. | |
| | Complaint Filed: 12/07/2023 |
| SAN JOAQUIN COUNTY, a municipal corporation; DOES 1-10, inclusive, | |
| Defendants. | |
| _____/ | |

Plaintiff ROBERT OSEGUERA and Defendants COUNTY OF SAN JOAQUIN and Does 1-10 (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and request that the Court issue an Order to extend the deadlines set by this Court on December 2, 2024 (ECF 13), as follows:

WHEREAS, the Court previously modified the deadlines for fact discovery and expert disclosures to accommodate family emergencies and staffing changes for Plaintiff's counsel (ECF 13);

WHEREAS, Plaintiff's counsel is still addressing the backlog created by the family emergencies and staffing changes;

WHEREAS, the present close of fact discovery is scheduled for February 25, 2025;

1  WHEREAS, Defendants have noticed the depositions of two of Plaintiff's witnesses, and Plaintiff
2  owes amended responses to written discovery;

3  WHEREAS, the Parties are actively discussing a potential resolution of the case and the Parties
4  have agreed to a limited stay of the outstanding discovery due to Defendants while discussions are
5  ongoing;

6  WHEREAS, the Parties propose the following limited extension to the discovery deadlines to
7  explore the potential for resolution:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cut-off (only as to the two pending depositions and Plaintiff's amended responses to Defendant's written discovery) | February 25, 2025 | April 25, 2025 |

WHEREAS, the parties submit that good cause exists for this extension. The requested extension will facilitate the exchange of further information concerning the case, will provide the parties sufficient time to prepare their respective cases, and will allow the parties to meaningfully work towards a potential resolution of the action.

**IT IS SO STIPULATED.**

Dated:  February 19, 2025                PORTER SCOTT
                                         A PROFESSIONAL CORPORATION

                                         By  /s/Cruz Rocha
                                             Carl L. Fessenden
                                             Cruz Rocha
                                             Attorneys for Defendant

Dated:  February 19, 2025                MCLETCHIE LAW

                                         By  /s/Margaret A. McLetchie
                                             Margaret A. McLetchie
                                             Attorney for Plaintiff

**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**

# ORDER

This Court has reviewed and considered the above stipulation among the parties. Based on the representations and the declaration submitted therewith, and for good cause shown, it is hereby ORDERED that the Scheduling Order (ECF No. 13) is modified as follows:

1. The deadline for non-expert discovery (as detailed herein) shall be extended to April 25, 2025.

2. All remaining deadlines remain unchanged.

**IT IS SO ORDERED.**

Dated: February 19, 2025

Troy L. Nunley
Chief United States District Judge

**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**